## MILBRATH *v.* WALES.

[No. 14,035. Filed July 28, 1930. Rehearing denied November 12, 1930.]

*William J. Whinery*, for appellant.
*J. Glenn Harris* and *Francis J. Dorsey*, for appellee.

PER CURIAM.—Affirmed.

## BEAL ET AL. *v.* THE INDIANAPOLIS COMPANY.

[No. 14,070. Filed November 12, 1930.]

*Clarage H. Thurston, Dewitte W. Jones* and *J. Hubert Briggerman*, for appellant.
*Schortemeier, Eby & Wood*, for appellee.

PER CURIAM.—Petition to amend appellant's brief denied. Judgment affirmed.

## REHEWEG, ADMINISTRATOR, *v.* NATIONAL CASUALTY COMPANY OF DETROIT, MICHIGAN.

[No. 13,863. Filed July 2, 1930. Rehearing denied November 13, 1930.]

*Lee J. Hartzell, Levi A. Todd* and *Cline & O'Malley*, for appellant.
*John H. Aiken, Otto E. Grant* and *Arthur L. Aiken*, for appellee.

PER CURIAM.—Affirmed.